No. 91–7576.  MARINO ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–7579.  FEATHERSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–7581.  DEL RAINE *v.* HELART.  C. A. 7th Cir.  Certiorari denied.

No. 91–7582.  MIDDLETON *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 91–7585.  WEBSTER *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 91–7586.  OSBOND *v.* CRIST, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–7600.  WRIGHT *v.* UNITED STATES PAROLE COMMISSION. C. A. 8th Cir.  Certiorari denied.

No. 91–7607.  ROBINSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–7612.  MARTIN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 91–7616.  DEL ORBE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–7630.  BEDFORD *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 91–7641.  SWINGLER *v.* INTERNAL REVENUE SERVICE. C. A. 8th Cir.  Certiorari denied.

No. 91–7659.  GEORGE *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 91–7701.  GUAJARDO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–7704.  JONES *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.